**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ARTHUR BLEDSOE, JR.,**                                                       **PETITIONER**
**ADC # 072514**

**v.**                      **CASE NO. 5:12CV00288 BSM**

**RAY HOBBS, Director,
Arkansas Department of Correction**                                    **RESPONDENT**

**ORDER**

      The proposed findings and recommendations submitted by United States Magistrate Judge Jerome T. Kearney, and the objections filed by the petitioner Arthur Bledose, Jr., have been reviewed. After careful consideration and a *de novo* review of the record, it is concluded that the recommendation should be, and hereby is, approved and adopted in its entirety. Accordingly, the petition [Doc. No. 1] is dismissed with prejudice. In accordance with Rule 11(a) of the Rules Governing Section 2254 Cases, a certificate of appealability will not be issued because Bledsoe has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2).

      IT IS SO ORDERED this 7th day of January 2014.

                                                                            _____
                                                                           UNITED STATES DISTRICT JUDGE